ACCEPTED
12-14-00115-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/4/2015 1:24:22 PM
Pam Estes
CLERK

# DWIGHT A. BRANNON
## ATTORNEY AT LAW
Hollie G. McClain Law Building
P. O. Box 670
Gilmer, Texas 75644

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/4/2015 1:24:22 PM
PAM ESTES
Clerk

Mailing Address:
P.O. Box 670
Gilmer, Texas 75644

Telephone: (903) 843-2523
Fax: (903) 843-6014
Tax ID#:

September 4, 2015

**Certified Mail No.: 7014-1820-0000-7178-8277**
Jason Wayne Belcher, #00883258
Wood County Jail
P. O. Box 307
Quitman, Texas 75783

RE:   The State of Texas vs. Jason Wayne Belcher; **Appeal Cause No. 12-14-00115-CR;** In the 12th Court of Appeal, being also the appeal of **Cause No. 16,276;** In the 115th District Court of Upshur County, Texas

Dear Mr. Belcher:

Pursuant to Texas Rule of Appellate Procedure 48.4 please find enclosed a true copy of the Opinion and the Court's Judgment in Cause No. 12-14-00115-CR. This Court of Appeals' opinion and Judgment indicate that your conviction and sentence in the 115th District Court has been affirmed and upheld.

**Rules 66 through 68.11 of the Texas Rules of Appellate Procedure give you the right to individually (pro se) file on your own behalf an appeal to the Court of Criminal Appeals of Texas which is called a "petition for discretionary review".** These rules of Appellate Procedure outline when, where and how you are to file the petition. The petition for discretionary review to the Court of Criminal Appeals of Texas must be filed within thirty (30) days from the date of the opinion of the Court of Appeals. It must be filed with the Clerk of the Court of Criminal Appeals at the following address:

**Clerk of the Texas Court of Criminal Appeals**
**P. O. Box 12308**
**Austin, Texas 78711**

Please be advised that the granting of review by the Texas Court of Criminal Appeals is not a matter of right, but is at the Court's discretion. If you desire an attorney to represent you, then you must hire one.

A true and correct copy of this letter with the Appellate Court's opinion and judgment are being delivered this day via certified mail to the Clerk of the Texas Court of Criminal Appeals and via e-filing without enclosure to the Clerk of the Twelfth Court of Appeals in Tyler, Texas as verification of this mailing.

Yours respectfully,

Dwight A. Brannon

DAB/amh
enclosure

cc: **Certified Mail No.:7014-1820-0000-7178-8260**
Clerk of the Texas Court of Criminal Appeals
P. O. Box 12308
Austin, Texas 78711